The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENDA J CUSICK, an individual,

Plaintiff,

vs.

LONGVIEW SCHOOL DISTRICT NO. 122, BRIAN EKO, and BRIAN DAHL,

Defendants.

NO. 08-05712 RBL

ORDER GRANTING DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFF'S TORTIOUS INTERFERENCE CLAIM

This matter comes before the Court upon Defendants' 12(b)(6) Motion to Dismiss Plaintiff's Tortious Interference Claim [Dkt. #5].

Based on the pleadings and argument and the file and record herein, and on the Plaintiff's failure to file any opposition to the Motion, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's claim of tortious interference is hereby dismissed with prejudice.

Dated this 12th day of February, 2009.

*[signature]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order Granting Defendants' 12(b)(6) Motion to
Dismiss Plaintiff's Tortious Interference Claim - 1
Cause #08-05712

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076